UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NEXT MILLENNIUM TELECOM CO.,

          Plaintiff,

v.                              Case No. 20-CV-178

AMERICAN SIGNAL CORPORATION,

          Defendant.

---

## ORDER

---

For reasons more fully stated on the record during the court's August 18, 2022, telephonic hearing on the defendant's motions to compel (ECF Nos. 57, 60, 63), the motions are resolved as follows:

As to ECF No. 60, Interrogatory No. 21, no later than August 26, 2022, the plaintiff shall disclose to the defendant the identity of every person the plaintiff contacted for it or its expert to obtain access to the sirens in Saudi Arabia. This includes each person's name, if known, or title / position, and means of contact employed by the plaintiff or its associates, e.g., email address, mailing address, phone number, etc.

As to ECF No. 60, Interrogatory No. 22, as it relates to Request for Admission No. 8, no later than August 26, 2022, the plaintiff shall amend its response to identify when its access to the sirens in Saudi Arabia ended.

As to ECF No. 63, Interrogatory No. 8, not later than September 2, 2022, the plaintiff shall identify the steps taken to install the sirens. This will include, at a minimum, the date range within which the installation occurred, the personnel involved in the installation, the steps undertaken with respect to installation, and the city of each installation.

All other aspects of the defendant's motions to compel are denied.

The court finds the circumstances make an award of expenses unjust and accordingly denies the defendant's request for expenses with respect to its motions to compel. *See* Fed. R. Civ. P. 37(a)(5)(A)(iii), (B).

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 18th day of August, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge

2
Case 2:20-cv-00178-JPS-WED   Filed 08/18/22   Page 2 of 2   Document 73